*Brandt, ex dem. Walton,* v. *Ogden.*

IT was ruled in this cause that if a public officer inform the court, that the situation of a county is such as to require, for the sake of the peace of the people, a decision on the point contained in a case, it will take preference of all others on the calendar.

*John B. Brevort* v. *Samuel Sayre and Phineas Hurd.*

BOYD moved to set aside the inquest taken in this cause, on an affidavit, stating that the day on which the cause was set down for trial, one of the defendants, who was merely a surety for the other, sent a message to the plaintiff, by which he requested a meeting, to settle the suit if possible, in consequence of which an appointment was made for the evening, in order to try to compromise, but during the course of the day the inquest was taken.

*Per Curiam.* Take your motion.

*Anonymous.*

IT was ruled, that a motion to overrule a frivolous plea, and be at liberty to enter a default, as if no plea had been filed, has the same preference as motions on frivolous demurrers.